**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**


**BUDNICK CONVERTING, INC.,**

**Plaintiff,**

**v.**

**NEBULA GLASS INTERNATIONAL, INC.
d/b/a GLASSMAN,**

**Defendant.**                                                    **No. 09-646-DRH**


**<u>ORDER</u>**


**HERNDON, Chief Judge:**


   Before the Court is an agreed motion to continue trial setting (Doc. 22) filed by Plaintiff/Counter-defendant Budnick Converting, inc. and Defendant/Counter-plaintiff Nebula Glass International, Inc. d/b/a Glasslam.  The parties ask that the Court re-assign this matter a longer CJRA track as the case is a complicated matter involving claims and counterclaims for the alleged breach of contract and breach of warranties that will involve extensive discovery and numerous expert witnesses. Based on the reasons set forth in the motion, the Court **GRANTS** the parties agreed motion to continue trial setting (Doc. 22).

    Because this matter involves complex issues and requires extensive discovery, the Court **RE-ASSIGNS** this matter to a **CJRA Track C**.  Jury trial set for

the presumptive trial month of **February  2011**.

**IT IS SO ORDERED.**

Signed this 3rd day of November, 2009.

*/s/    David R Herndon*

**Chief Judge**
**United States District Court**