IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BUDNICK CONVERTING, INC.,**

**Plaintiff/Counter-Defendant,**

v.

**NEBULA GLASS INTERNATIONAL,
INC., d/b/a GLASSLAM,,**

**Defendant/Counter-Plaintiff.**

**NEBULA GLASS INTERNATIONAL,
INC., d/b/a GLASSLAM,**

**Third Party Plaintiff,**

v.

**TESA TAPE, INC.,**

**Third Party Defendant.**                                                  **No.09-646-DRH**

ORDER

**HERNDON, Chief Judge:**

Before the Court is an Agreed Motion to Continue Trial Setting (Doc. 66) filed by both Plaintiff, Defendant, and Third Party Defendant. The parties note that the presumptive trial month is currently April 2011 but the case is complicated involving multiple issues and various defenses which will require extensive discovery and numerous expert witnesses. The parties request that the presumptive trial month be continued until October 2011 to allow for expected extended discovery. Based on the reasons stated in the motion, the Court **GRANTS** the parties' Agreed

Motion to Continue Trial Setting (Doc. 66). The Presumptive Trial Month is **CONTINUED** until October 2011.

**IT IS SO ORDERED.**

Signed this 29th day of September, 2010.

/s/     *David R Herndon*

**Chief Judge**
**United States District Court**