IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BUDNICK CONVERTING, INC.,

    Plaintiff/Counter-defendant,

v.

NEBULA GLASS INTERNATIONAL, INC.,
d/b/a GLASSLAM,

    Defendant/Counter-plaintiff,
_____

NEBULA GLASS INTERNATIONAL, INC.,
d/b/a GLASSLAM,

    Third Party Plaintiff,

v.

TESA TAPE, INC.,

    Third Party Defendant.        Case No. 09-cv-646-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders entered by this Court on March 30, 2012, and June 5, 2012, judgment is entered in favor of Plaintiff/Counter-Defendant, **BUDNICK CONVERTING, INC.,** and in favor of Third Party Defendant, **TESA TAPE, INC.,** and against Defendant/Counter-Plaintiff/Third Party Plaintiff, **NEBULA GLASS INTERNATIONAL, INC., d/b/a GLASSLAM.** Plaintiff/Counter-Defendant, **BUDNICK CONVERTING, INC.**, is awarded damages from Defendant/Counter-Plaintiff/Third Party Plaintiff, **NEBULA GLASS INTERNATIONAL, INC., d/b/a GLASSLAM,** in the amount of **$2,473,353.00.** This case is **DISMISSED** with prejudice.

                              NANCY J. ROSENSTENGEL,
                              **CLERK OF COURT**

                              BY:       /s/*Sandy Pannier*
                                    **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2012.06.05
15:58:15 -05'00'

Dated: June 5, 2012

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT